UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| THOMAS EARL TWO BULLS,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT FLUKE, WARDEN; MARTY JACKLEY, THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA; AND ALEX REYES, ACTING WARDEN;<br><br>Defendants. | 4:24-CV-04046-ECS<br><br>JUDGMENT |

Under the Opinion and Order Adopting the Report and Recommendation and overruling Two Bulls's objections, Doc. 13, it is

ORDERED, ADJUDGED, AND DECREED that judgment without prejudice is entered in favor of respondents and against Petitioner, Thomas Earl Two Bulls.

DATED this 17th day of July, 2024.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE